LLOYD V. WATKINS, *Plaintiff in Error,* vs. R. H. NOEL, Chief of Police, *Defendant in Error.*

137 So. 523.

Division B.

Opinion filed Septmber 29, 1931.

*Burruss & Smith,* for Plaintiff in Error;

*Raney H. Martin* and *Carroll R. Runyon,* for Defendant in Error.

WHITFIELD, P.J.—The final order remanding the petitioner in habeas corpus proceedings brought here on writ of error is reversed upon the principles announced in Roach v. Ephren, 82 Fla. 523, 90 So. 609; Dusenburg v. Chesney, 97 Fla. 468, 121 So. 567; 37 C. J. 200, sec. 53. This case is in principle clearly unlike Penin. Cas. Co. v. State, 68 Fla. 411, 67 So. 165.

Reversed.

TERRELL AND DAVIS, J.J., concur.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur in the opinion and judgment.